## Return

| Case No.: 18-SW-00147-DLW | Date and time warrant executed: 10/24/2018 12:30 p.m. | Copy of warrant and inventory left with: |
|---|---|---|
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

ELECTRONIC PDF FILE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:13 am, Nov 29, 2018
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-27-2018

_____
Executing officer's signature

Reynaldo Lovos / SA / HSI
Printed name and title

Subscribed and sworn before me 11/27/18

DAVID L. WEST
US MAGISTRATE JUDGE